**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| STATE OF INDIANA, <u>et al.</u>, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | Civil Action No. 24-1665 (RBW) |
| v. | ) | |
| | ) | |
| DEB HAALAND, in her official capacity as Secretary, United States Department of Interior, <u>et al.</u>, | ) ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**<u>ORDER</u>**

Upon consideration of the parties' Joint Statement Regarding Dispositive Motions, ECF No. 32, and for good cause shown, it is hereby

**ORDERED** that the respondents shall file their answer on or before October 17, 2024.  It is further

**ORDERED** that the parties shall file the certified list of contents of the administrative record on or before November 8, 2024.  It is further

**ORDERED** that the petitioners shall file their motion for summary judgment on or before December 9, 2024.  It is further

**ORDERED** that the respondents shall file their combined response to the petitioners' motion for summary judgment and cross-motion for summary judgment on or before January 10, 2025.  It is further

**ORDERED** that the petitioners shall file their combined reply in support of its motion for summary judgment and its opposition to the respondents' cross-motion for summary judgment on or before February 10, 2025.  It is further

**ORDERED** that, on or before February 24, 2025, the respondents shall file their reply in support of their cross-motion for summary judgment. It is further

**ORDERED** that, on May 28, 2025, at 9:00 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). This status conference will serve as a target date for the resolution of the parties' summary judgment motions.[1]

**SO ORDERED** this 17th day of September, 2024.

REGGIE B. WALTON
United States District Judge

---

[1] In the event that the Court is unable to resolve the motions by this date, the parties will be advised in advance that the status conference will be continued to a later date.