**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF INDIANA, et al., <br><br> Plaintiffs, <br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary, United States Department of the Interior, et al., <br><br> Defendants. | No. 1:24-cv-01665-RBW |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate that Plaintiffs Commonwealth of Virginia and Virginia Department of Energy's claims are to be dismissed in their entirety without prejudice, with the parties to bear their own costs and attorneys' fees. The dismissal of Plaintiffs Commonwealth of Virginia and Virginia Department of Energy shall be effective upon filing of this joint stipulation.

Dated March 24, 2026

Respectfully submitted,

COMMONWEALTH OF VIRGINIA

VIRGINIA DEPARTMENT OF ENERGY

By: */s/ Tyler T. Henry*

Tyler T. Henry
Senior Assistant Attorney General
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
(804) 692-0485 - Telephone
(804) 786-1991 - Facsimile
thenry@oag.state.va.us

*Counsel for the Commonwealth of Virginia and Virginia Department of Energy*

STATE OF INDIANA

INDIANA DEPARTMENT OF NATURAL RESOURCES

By: */s/ Betsy Mae DeNardi*

Betsy Mae DeNardi
OFFICE OF INDIANA ATTORNEY GENERAL
Consumer Protection Division
302 West Washington Street – IGCS
Fifth Floor
Indianapolis, IN 46204
(317) 232-6231
Email: betsy.denardi@atg.in.gov

Bradley Scott Davis
OFFICE OF INDIANA ATTORNEY GENERAL
302 West Washington Street – IGCS
Fifth Floor
Indianapolis, IN 46204
(317) 233-5601
Email: Bradley.davis@atg.in.gov

James Allen Barta
OFFICE OF INDIANA ATTORNEY GENERAL
302 West Washington Street – IGCS
Fifth Floor
Indianapolis, IN 46204
(317) 232-0709
Email: james.barta@atg.in.gov

*Counsel for the State of Indiana and Indiana Department of Natural Resources*

STATE OF WEST VIRGINIA

WEST VIRGINIA DEPARTMENT OF
ENVIRONMENTAL PROTECTION

By: */s/ Michael Ray Williams*

Michael Ray Williams
OFFICE OF WEST VIRGINIA
ATTORNEY GENERAL
1900 Kanawha Boulevard East
Building 1 Room 26E
Charleston, WV 25305-0220
(304) 558-2021
Fax: 304-558-0140
Email: Michael.R.Williams@wvago.gov


*Counsel for the State of West Virginia and
West Virginia Department of Environmental
Protection*


STATE OF ALABAMA

ALABAMA SURFACE MINING
COMMISSION

By: */s/ Steven Shawn Sibley*

Steven Shawn Sibley
OFFICE OF ATTORNEY GENERAL FOR
ALABAMA
501 Washington Avenue
Montgomery, AL 36104
(334) 242-7300
Fax: 334-353-7400
Email: shawn.sibley@alabamaag.gov


*Counsel for the State of Alabama and
Alabama Surface Mining Commission*

STATE OF ALASKA

ALASKA DEPARTMENT OF NATURAL RESOURCES

By: */s/ Gilman Dana S. Burke*

Gilman Dana S. Burke
ALASKA DEPARTMENT OF LAW
1031 West 4th Avenue
Suite 300
Anchorage, AK 99501
(907) 269-5166
Email: dana.burke@alaska.gov


*Counsel for the State of Alaska and Alaska
Department of Natural Resources*


STATE OF ARKANSAS

By: */s/ Autumn Hamit Patterson*

Autumn Hamit Patterson
ARKANSAS ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, AR 72201
(501) 682-2007
Email: autumn.patterson@arkansasag.gov


Dylan L. Jacobs
KING STREET LEGAL, PLLC
800 Connecticut Ave. NW
Suite 300
Washington, DC 20006
(501) 304-5527
Email: dylan@kingstlegal.com


*Counsel for the State of Arkansas*

COMMONWEALTH OF KENTUCKY

By: */s/ John Hail Heyburn*

John Hail Heyburn
OFFICE OF THE KENTUCKY
ATTORNEY GENERAL
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
(502) 696-5300
Email: jack.heyburn@ky.gov


*Counsel for the Commonwealth of Kentucky*


STATE OF LOUISIANA

LOUISIANA DEPARTMENT OF ENERGY
AND NATURAL RESOURCES

By: */s/ Kelsey L. Smith*

Kelsey L. Smith
OFFICE OF THE ATTORNEY
GENERAL/LA
1885 N. Third Street
Baton Rouge, LA 70802
(225) 428-7432
Email: smithkel@ag.louisiana.gov


*Counsel for the State of Louisiana and
Louisiana Department of Energy and
Natural Resources*


STATE OF MONTANA

By: */s/ Christian Brian Corrigan*

Christian Brian Corrigan
MONTANA ATTORNEY GENERAL'S
OFFICE
Office of the Attorney General

215 North Sanders
Helena, MT 59601
(406) 444-2707
Email: Christian.Corrigan@mt.gov

*Counsel for the State of Montana*

STATE OF NORTH DAKOTA

By: */s/ Philip J. Axt*

Philip J. Axt
ND OFFICE OF THE ATTORNEY
GENERAL
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210
Email: pjaxt@nd.gov

*Counsel for the State of North Dakota*

STATE OF OHIO

By: */s/ Mathura Sridharan*

Mathura Sridharan
OFFICE OF THE OHIO ATTORNEY
GENERAL
30 E. Broad St., 17th Floor
Columbus, OH 43215
(614) 466-8980
Email: Mathura.sridharan@ohioago.gov

*Counsel for the State of Ohio*

STATE OF TEXAS

By: */s/ Ian Lancaster*

Ian Lancaster

OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
Supreme Court Building
P.O. Box 12548
Austin, TX 78711-2548
(512) 917-1192
Email: ian.lancaster@oag.texas.gov

*Counsel for the State of Texas*

STATE OF UTAH

UTAH DEPARTMENT OF NATURAL
RESOURCES

By: */s/ Gary T. Wight*

Gary T. Wight
STATE OF UTAH OFFICE OF THE
ATTORNEY GENERAL
1594 West North Temple Street
Ste 300
Salt Lake City, UT 84116
(801) 538-7227
Email: gwight@agutah.gov

*Counsel for the State of Utah and Utah
Department of Natural Resources*

STATE OF WYOMING

By: */s/ D. David DeWald*

D. David DeWald
WYOMING ATTORNEY GENERAL'S
OFFICE
109 State Capital
Cheyenne, WY 82002
(307) 777-6199
Fax: 307-777-3542
Email: david.dewald@wyo.gov

*Counsel for the State of Wyoming*

UNITED STATES DEPARTMENT OF THE INTERIOR

SHARON BUCCINO, in her official capacity of Principal Deputy Director of the Office of Surface Mining Reclamation and Enforcement

GLENDA H. OWENS, in her official capacity as Deputy Director of the Office of Surface Mining Reclamation and Enforcement

OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT

DOUG BURGUM, in his official capacity as Secretary of the United States Department of Interior

By: */s/ Paul A. Turcke*

Paul A. Turcke, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
1290 West Myrtle Street
Suite 500
Boise, ID 83702
(202) 532-5994
Fax: 202-305-0275
Email: paul.turcke@usdoj.gov

*Counsel for the United States Department of the Interior, Sharon Buccino, Glenda H. Owens, Office of Surface Mining Reclamation and Enforcement, and Doug Burgum*

CITIZENS COAL COUNCIL

APPALACHIAN VOICES

SIERRA CLUB

CENTER FOR BIOLOGICAL DIVERSITY

By: */s/ Tom FitzGerald*

Tom FitzGerald
KENTUCKY RESOURCES COUNCIL,
INC.
P. O. Box 1070
Louisville, KY 40205
(502) 551-3675
Email: fitzkrc@aol.com


*Counsel for the Citizens Coal Council,
Appalachian Voices, Sierra Club, Center for
Biological Diversity*

## CERTIFICATE OF SERVICE

I certify that on March 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all parties of record.

/s/ Tyler T. Henry

Tyler T. Henry