**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF INDIANA, et al., | |
| Petitioners, | |
| v. | Case No. 1:24-cv-01665-RBW |
| DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., | |
| Respondents. | |

**JOINT MOTION TO STAY PROCEEDINGS**

The parties respectfully move the Court to stay these proceedings until May 26, 2026, to allow the period for challenges to the new rule to elapse. In support of this motion, the parties state as follows:

Respondents provided notice on March 4, 2026, a new final rule had been issued with an effective date of March 23, 2026. Dkt. 71. As a result of that notice, the Court directed the parties to file a joint status report by March 18, 2026. *See* Minute Order dated March 4, 2026.

The parties were unable to agree on how to proceed and presented alternative positions in the joint status report. Petitioner States maintain that their challenge to the 2024 Rule should be held in abeyance pending either the expiration of the 60-day period for challenging the 2026 Rule under 30 U.S.C. § 1276(a)(1), or resolution of any timely filed challenges, whichever occurs later. While Respondents and Intervenors assert that this matter should be dismissed. Dkt. 72.

1

The Court then directed the parties to "file a joint proposed briefing schedule governing the filing of cross-motions to dismiss this case or hold this case in abeyance pending either the expiration of the 60-day period for challenging the 2026 Final Rule or resolution of any timely filed challenges." *See* Minute Order dated March 24, 2026.

The parties have agreed to request a stay of these proceedings until May 26, 2026. The stay would promote efficiency for the parties and the Court in allowing the 60-day period for challenging the 2026 Rule to lapse providing certainty as to the number of and grounds for any challenges. The parties request the Court grant a stay of these proceedings until May 26, 2026.

Respectfully submitted,

PAUL A. TURCKE
Trial Attorney
 */s/ Paul A. Turcke* (with permission)
U.S. Dep't of Justice
Env't & Nat. Resources Division
Natural Resources Section
1290 West Myrtle Street
Suite 500
Boise, ID 83702
paul.turcke@usdoj.gov
(202) 532-5994

*Counsel for Respondents*

TOM FITZGERALD
Kentucky Resources Council, Inc.
*/s/ Tom Fitzgerald* (with permission)
(DC Bar ID: KY 0001)
Post Office Box 1070
Frankfort, Kentucky 40602-1070
Telephone: (502) 551-3675
Email: fitzkrc@aol.com

*Counsel for Intervenors*

THEODORE E. ROKITA
    Attorney General of Indiana
/s/ *James A. Barta*
James A. Barta (DC Bar No. 1032613)
    Solicitor General
Betsy DeNardi*
    Special Counsel of Complex Litigation
Bradley S. Davis*
    Deputy Attorney General
Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-0709
James.Barta@atg.in.gov

*Counsel for State of Indiana and Indiana Department of Natural Resources*

JOHN B. MCCUSKEY
  Attorney General of West Virginia
/s/ *Michael R. Williams*
Michael R. Williams (DC Bar No. 994953)
  Solicitor General
Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Michael.R.Williams@wvago.gov

*Counsel for State of West Virginia and West Virginia Department of Environmental Protection*

STEVE MARSHALL
  Attorney General of Alabama
/s/ *Steven Shawn Sibley*
Steven Shawn Sibley*
  Assistant Attorney General
Office of the Attorney General
State of Alabama
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Shawn.Sibley@AlabamaAG.gov

*Counsel for State of Alabama and Alabama Surface Mining Commission*

TIM GRIFFIN
  Attorney General of Arkansas
/s/ *Autumn Hamit Patterson*
Autumn Hamit Patterson (TX Bar No. 24092947)
  Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Autumn.Patterson@arkansasag.gov

*Counsel for State of Arkansas*

STEPHEN J. COX
  Attorney General of Alaska
/s/ *Gilman Dana S. Burke*
Gilman Dana S. Burke*
Natural Resource Section
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5232
dana.burke@alaska.gov

*Counsel for State of Alaska and Alaska Department of Natural Resources*

AUSTIN KNUDSEN
  Attorney General of Montana
/s/ *Christian B. Corrigan*
Christian B. Corrigan*
  Solicitor General
Montana Department of Justice
215 N. Sanders Helena, MT 59601
Christian.Corrigan@mt.gov

*Counsel for State of Montana*

DREW H. WRIGLEY
  Attorney General of North Dakota
 /s/ *Philip Axt*
Philip Axt*
  Solicitor General
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for State of North Dakota*

3

RUSSELL COLEMAN
  Attorney General of Kentucky
/s/ *John Hail Heyburn*
John Hail Heyburn
  Principal Deputy Solicitor General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300
jack.heyburn@ky.gov

*Counsel for Commonwealth of Kentucky*

ELIZABETH B. MURRILL
  Attorney General of Louisiana
/s/ *Kelsey L. Smith*
Kelsey L. Smith*
  Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
(225) 428-7432
smithkel@ag.louisiana.gov

*Counsel for State of Louisiana and Louisiana
Department of Energy and Natural Resources*

KEN PAXTON
  Attorney General of Texas
BRENT WEBSTER
  First Assistant Attorney General
/s/ *Ian Lancaster*
Ian Lancaster*
  Assistant Attorney General
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
(512) 463-2012
Ian.Lancaster@oag.texas.gov

*Counsel for State of Texas*

DAVE YOST
  Attorney General of Ohio
/s/ *Mathura Sridharan*
Mathura Sridharan
  Deputy Solicitor General
30 East Broad Street, 17th Floor
Columbus, OH 43215
(614) 466-8980
mathura.sridharan@ohioago.gov

*Counsel for State of Ohio*

DEREK BROWN
  Attorney General of Utah
/s/ Gary T. Wight
Gary T. Wight*
  Assistant Attorney General
1594 West North Temple, Suite 300
Salt Lake City, UT 84116
(801) 538-7227
gwight@agutah.gov

*Counsel for State of Utah and Utah
Department of Natural Resources*

KEITH KAUTZ
  Attorney General of Wyoming
/s/ *D. David DeWald*
D. David DeWald*
  Deputy Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov

*Counsel for the State of Wyoming*

* Registered per LCvR 83.2(g)