**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF INDIANA, et al.,

                Petitioners,

v.

DOUG BURGUM, in his official capacity as
Secretary of the Interior, et al.,

                Respondents.

Case No. 1:24-cv-01665-RBW

**[PROPOSED] ORDER ON JOINT MOTION FOR STAY**

Upon consideration of the Parties' Joint Motion for Stay, it is hereby

**ORDERED** that these proceedings are **STAYED** until May 26, 2026.

Dated:

                                        _____
                                        REGGIE B. WALTON
                                        United States District Judge