**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF INDIANA, et al.,<br><br>Petitioners,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>Respondents. | Case No. 1:24-cv-01665-RBW |

**JOINT STATUS REPORT**

Pursuant to this Court's minute order of April 7, 2026, the parties submit this joint status report apprising the Court about how they wish to proceed in this case. The parties state as follows:

On April 20, 2026, an action was filed in this Court challenging the 2026 Final Rule. *Citizens Coal Council v. Burgum*, Case No. 1:26-cv-01348 (D.D.C.). At this time, the Petitioners and Federal Respondents agree that the Court should hold this case in abeyance pending the resolution of the newly filed challenge to the 2026 Rule and any appeals. This approach will serve the interests of judicial economy and conserve party resources by avoiding the need to litigate the rulemaking challenged in this proceeding, the effect of the 2026 Rule on this case, and the effects, if any, of this case's dismissal on any future litigation. The Intervening Respondents take no position on the proposal to hold this case in abeyance.

The Petitioners and Federal Respondents request that the Court enter an order holding this case in abeyance until the resolution of *Citizens Coal Council v. Burgum*, Case No. 1:26-cv-01348 (D.D.C.), and any appeals.

1

Respectfully submitted,

PAUL A. TURCKE
U.S. Dept. of Justice - ENRD

 */s/ Paul A. Turcke* (with permission)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street
Suite 500
Boise, ID 83702
paul.turcke@usdjoj.gov
(202) 532-5994

*Counsel for Respondents*

TOM FITZGERALD
Kentucky Resources Council, Inc.
*/s/ Tom Fitzgerald* (with permission)
(DC Bar ID: KY 0001)
Post Office Box 1070
Frankfort, Kentucky 40602-1070
Telephone: (502) 551-3675
Email: fitzkrc@aol.com

*Counsel for Intervenors*

JOHN B. MCCUSKEY
   Attorney General of West Virginia
*/s/ Michael R. Williams*
Michael R. Williams (DC Bar No. 994953)
   Solicitor General
Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Michael.R.Williams@wvago.gov

*Counsel for State of West Virginia and West
Virginia Department of Environmental
Protection*

STEVE MARSHALL
   Attorney General of Alabama
*/s/ Steven Shawn Sibley*
Steven Shawn Sibley*

THEODORE E. ROKITA
   Attorney General of Indiana
*/s/ James A. Barta*
James A. Barta (DC Bar No. 1032613)
   Solicitor General
Betsy DeNardi*
   Special Counsel of Complex Litigation
Bradley S. Davis*
   Deputy Attorney General
Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-0709
James.Barta@atg.in.gov

*Counsel for State of Indiana and Indiana
Department of Natural Resources*

STEPHEN J. COX
   Attorney General of Alaska
*/s/ Gilman Dana S. Burke*
Gilman Dana S. Burke*
Natural Resource Section
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5232
dana.burke@alaska.gov

*Counsel for State of Alaska and Alaska
Department of Natural Resources*

AUSTIN KNUDSEN
   Attorney General of Montana
*/s/ Christian B. Corrigan*
Christian B. Corrigan*
   Solicitor General
Montana Department of Justice
215 N. Sanders Helena, MT 59601
Christian.Corrigan@mt.gov

*Counsel for State of Montana*

2

Assistant Attorney General
Office of the Attorney General
State of Alabama
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Shawn.Sibley@AlabamaAG.gov

*Counsel for State of Alabama and Alabama Surface Mining Commission*

TIM GRIFFIN
   Attorney General of Arkansas
/s/ *Autumn Hamit Patterson*
Autumn Hamit Patterson (TX Bar No. 24092947)
   Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Autumn.Patterson@arkansasag.gov

*Counsel for State of Arkansas*

RUSSELL COLEMAN
   Attorney General of Kentucky
/s/ *John Hail Heyburn*
John Hail Heyburn
   Principal Deputy Solicitor General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300
jack.heyburn@ky.gov

*Counsel for Commonwealth of Kentucky*

ELIZABETH B. MURRILL
   Attorney General of Louisiana
/s/ *Kelsey L. Smith*
Kelsey L. Smith*
   Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804

DREW H. WRIGLEY
   Attorney General of North Dakota
 /s/ *Philip Axt*
Philip Axt*
   Solicitor General
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for State of North Dakota*

DAVE YOST
   Attorney General of Ohio
/s/ *Mathura Sridharan*
Mathura Sridharan
   Deputy Solicitor General
30 East Broad Street, 17th Floor
Columbus, OH 43215
(614) 466-8980
mathura.sridharan@ohioago.gov

*Counsel for State of Ohio*

KEITH KAUTZ
   Attorney General of Wyoming
/s/ *D. David DeWald*
D. David DeWald*
   Deputy Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov

*Counsel for the State of Wyoming*

* Registered per LCvR 83.2(g)

3

(225) 428-7432
smithkel@ag.louisiana.gov

*Counsel for State of Louisiana and Louisiana*
*Department of Energy and Natural Resources*

KEN PAXTON
  Attorney General of Texas
BRENT WEBSTER
  First Assistant Attorney General
/s/ *Ian Lancaster*
Ian Lancaster*
  Assistant Attorney General
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
(512) 463-2012
Ian.Lancaster@oag.texas.gov

*Counsel for State of Texas*

DEREK BROWN
  Attorney General of Utah
/s/ *Gary T. Wight*
Gary T. Wight*
  Assistant Attorney General
1594 West North Temple, Suite 300
Salt Lake City, UT 84116
(801) 538-7227
gwight@agutah.gov

*Counsel for State of Utah and Utah*
*Department of Natural Resources*

4