**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| STATE OF INDIANA, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 24-1665 (RBW) |
| | ) | |
| DOUG BURGUM, in his official capacity as Secretary, United States Department of Interior, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

In accordance with the oral rulings issued by the Court at the status conference held on July 7, 2026, it is hereby

**ORDERED** that the parties' oral request to stay this case pending the Court's resolution of the newly filed challenge to the 2026 Final Rule, <u>see</u> <u>Citizens Coal Council v. Burgum</u>, No. 26-cv-1348 (RBW), and any appeals in that case, is **GRANTED**.  It is further

**ORDERED** that this case is **STAYED** as of the date of this Order, and the stay shall remain in place until otherwise ordered by the Court.

**SO ORDERED** this 7th day of July, 2026.

REGGIE B. WALTON
United States District Judge
